# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DALE ESTELE SMITH (1);<br>NICOLE SMITH (2),<br><br>Defendants. | Case No.: 22-cr-2708-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On February 10, 2023 and February 13, 2022, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for February 17, 2023 to April 7, 2023. For good cause appearing, the Court GRANTS the joint motions to continue [Dkt. 45, 46] and sets the Motion Hearing/Trial Setting on April 7, 2023 at 11:00 a.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//
//

22-cr-2708-JO

1	    Further, on December 5, 2022, Defendant Nicole Smith filed a pretrial motion that
2	remains pending. Accordingly, the Court finds that time from December 5, 2022 to April
3	7, 2023 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is
4	pending. 18 U.S.C. § 3161(h)(1)(D). This time is also excluded as to the co-Defendant.
5	*United States v. Messer*, 197 F.3d 330, 336 (9th Cir. 1999) ("It is well established that an
6	exclusion from the Speedy Trial clock for one defendant applies to all codefendants.").

    IT IS SO ORDERED.

Dated: 2/13/23

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE

22-cr-2708-JO